FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 15 P 12: 16

CLERK
S. DIST. OF GA

| | | |
|---|---|---|
| United States of America,<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | Criminal No.: 205-07 |
| Willie James Taylor, Jr.,<br>    Defendant. | §<br>§ | |

## ORDER

Defendant's Motion for Release of Presentence Investigation Report having come

before the Court; and

The Court having considered the arguments and submissions of counsel; it is

ORDERED AND ADJUDGED that Defendant's Motion is hereby GRANTED, and the

United States Probation Department is authorized and directed to release a copy of the

Presentence Investigation Report to Todd C. Brooks and Catts & Brooks, LLC.

SO ORDERED this _15_ day of July, 2005.

_____
Judge, United States District Court
Southern District of Georgia

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA

             vs.

   TAYLOR

\*
\*
\*
\*
\*

CASE NO. CV205-7

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 7/15/05 , which is part of the official records of this case.

Date of Mailing: 7/15/05

Date of Certificate: 7/15/05

SCOTT L. POFF, CLERK

By : _Sherry Taylor, Deputy Clerk_

NAME:

1. Todd Brooks
2. Cameron Ippolito
3. Fred Kramer
4. Joe Newman
5. Willie Taylor, Jr., Glynn Co. Detention Center, 1812 Newcastle Street, Brunswick, GA 31520
6.
7.

Cert/Copy

| | | |
|---|---|---|
| ☐ | ☒ | District Judge |
| ☐ | ☐ | Magistrate Judge |
| ☐ | ☐ | Minutes |
| ☐ | ☐ | U.S. Probation |
| ☐ | ☐ | U.S. Marshal |
| ☐ | ☐ | U.S. Attorney |
| ☐ | ☐ | JAG Office |

Cert/Copy

| | | |
|---|---|---|
| ☐ | ☐ | Dept. of Justice |
| ☐ | ☐ | Dept. of Public Safety |
| ☐ | ☐ | Voter Registrar |
| ☐ | ☐ | U.S. Court of Appeals |
| ☐ | ☐ | Nicole/Debbie |
| ☐ | ☐ | Ray Stalvey |
| ☐ | ☐ | Cindy Reynolds |