IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. CR205-7 |
| | ) | |
| WILLIE JAMES TAYLOR, JR. | ) | |

ORDER

The above captioned case filed in the Brunswick Division of this Court was previously assigned to the Honorable Anthony A. Alaimo.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 24th day of July, 2018.

J. Randal Hall
Chief United States District Judge
Southern District of Georgia